UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

United States of America,  Criminal No. 11-282(1) (DWF/SER)

    Plaintiff,

v.  **ORDER ADOPTING REPORT AND RECOMMENDATION**

Obed Geovani Calderon-Cadenas,

    Defendant.

---

Thomas M. Hollenhorst, Assistant United States Attorney, United States Attorney's Office, counsel for Plaintiff.

Andrea K. George, Assistant Federal Defender, Office of the Federal Defender, counsel for Defendant.

---

This matter is before the Court on the Report and Recommendation of United States Magistrate Judge Steven E. Rau. No objections to the Report and Recommendation were filed within the requisite time period. Accordingly, **IT IS HEREBY ORDERED:**

    1.    Defendant Calderon-Cadenas' Motion to Suppress Eyewitness Identifications (Doc. No. [29]) is **DENIED AS MOOT**;

    2.    Defendant Calderon-Cadenas' Motion to Suppress Evidence Obtained as a Result of Search and Seizure (Doc. No. [30]) is **DENIED**; and

3. Defendant Calderon-Cadenas' Motion to Suppress Statements, Admissions, and Answers (Doc. No. [31]) is **DENIED AS MOOT**.

Dated: November 14, 2011  s/Donovan W. Frank
DONOVAN W. FRANK
United States District Judge